UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: <u>Martha Altagracia Rodriguez Alcantara</u>                    Case # <u>22-15246-LMI</u>

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION (legal issues: 341)

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's
Notice of Required Documents, prior deficiencies, and legal issues and thus objects as follows:
Trustee reserves the right to raise additional objections until all requested documents are timely provided.

___ **Objection to Exemption (specifics to be filed)** to be heard with confirmation at 1:30 pm not at 9:00 am
___ Fee application needed (see court guideline 6)
✓ Ch 7 is $ _26,839.32_ may increase as documents not provided ☐ Tax refund ☑ Valuations ☑ Other — *Includes full value of Chevy*
___ Good faith payment to unsecured creditors
___ Income understated per debtor's stubs $ _____ taxes $ _____ co-debtor stubs $ _____ taxes $ _____
✓ Proof of household size (government ID w/ address) and income of all adults disclosed on Sch J and CMI
✓ Spouse's pay advices ☑ Spouse's income not included on Schedule I or CMI
___ Schedule J Expenses: ☐ Provide Proof line _____ ☐ Objectionable Line _____
         ☐ Object to Schedule J expenses but debtor(s) are over median or 100% plan filed
___ Expenses: documentation/calculation: CMI Form B122C-1 line _____
___ CMI Form B122C-2 line _____

___ Plan does not pay debtor's calculation of disposable income CMI/DI _____ x 60 = $ _____
         ☐ Pending income/expenses issues ☐ Trustee believes D/I is understated (estimated D/I $_____)
☐ Feasibility or ☑ plan payments reduce month _6_ or ☐ balloon payment
___ Plan does not conform to Applicable Commitment Period < 36 months< 60 months
___ Info on transfer SOFA _____ undisclosed          ☐ provide Tolling Agreement(s)
Other: *Amend voluntary petition to correct address (1155 + zipcode 33168)*
*Is Debtor married? (CMI + Sch. I/J = No, SOFA + Taxes= Yes) — Provide proof of separation*
*Why 2 cars?*
*Does Debtor co-own Chevy? (listed as sole owner, but only claiming ½ value)*
*Amend Sch. I to disclose type of government assistance recv'd in Line 8f*
*Explain source of deposit 7/14 $3k, 3/29 $1k*
*→ Provide registration (owned with son)*

☑ Reserve right to Recall                    ☑ Plan includes 100% Language
☐ Documents not provided at least 2 days prior to meeting of creditors for proper review
**On or before 5 pm on** _AUG 22 2022_, all documents/explanations with documented back up must be
received/filed to avoid dismissal. If documents are not timely filed/received by the trustee, the trustee may seek
dismissal of this case. ***IMPORTANT NOTICE:*** *The debtor or debtor's attorney must appear at the confirmation
hearing even if they agree to the recommendation.* The debtor may still be dismissed for failure to fund the plan if they
are delinquent in payments. *Attorneys must upload all documents to Trustee through 13Documents.com.*

***THE PRO SE DEBTOR OR DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK
TO AN ATTORNEY BEFORE 2PM ONE BUSINESS DAY PRIOR TO THE CONFIRMATION HEARING TO
RESOLVE ALL OUTSTANDING ISSUES.***
         I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney
or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.
 Submitted by
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027

RE: Martha Altagracia Rodriguez Alcantara                                                    Case # 22-15246 LMI

**TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION (Pre 341)**

The Trustee reviewed this case for the meeting of creditors and found the following deficiencies from the Trustee's letter requesting documents and thus objects as follows:  Reviewed documents received prior to: 7/28/22

Tax returns: 2020-2021                    Corporate Tax Returns:

Photo ID/SS card - Legible/Unredacted        ✓  LF 90          ✓  LF 67      LF 10

Plan does not fund properly

Calculation errors      Missing months/amounts      Inconsistent terms      Plan form completed incorrectly

Attorney fee itemization or Fee Application needed (see court guideline 6)

Missing 2016(B)                              ✓  Missing completed and signed copy of the Written Quest. to Debtor(s)

✓  Other provisions: ✓ IVL              100%      Lawsuit      Gambling      MMM

Reaffirm, redeem or surrender Sch D or G creditor:

✓  MMM Motion not filed      Valuation motion not filed              Lien Avoidance Motion not filed

Priority debt on  Schedule E not in plan:

Creditor in Plan is not listed in Schedules or has not filed a POC:

✓  Creditor paid through the Plan has not filed a POC: PHH Mtg

Object or Conform to Proof of Claim:      Miami-Dade County      Tax Certificate (DE#      )      Dept of Revenue

IRS

X  OTHER PLAN ISSUES: Creditor acct no. does not match POC#1

Real Estate FMV and Payoff:

Non-Homestead Information Sheet:

✓  Vehicles FMV (NADA/Carmax), Reg and Payoff:  07 Mitsubishi FMV & 19 Chevrolet FMV/Payoff

Other:

✓  Bank Account Statements      3 months pre-petition

#9506  (4/8-7/8/22)

#5061  (4/8-6/2/22 & 7/2-7/8/22)

Copy of check(s) and/or explanation:  #4879 (7/6 $3,000)

✓  Explanation of withdrawal(s): Explain contribution Sch I line #8f

401K/Retirement/Pension                      Annuity                      Life Insurance Policy

Domestic Support Obligation form complete with info: name, address and phone

Wage deduction order or Motion to waive

BDQ & attachments              Profit/loss      Balance Sheet

Business Bank statements and checks          3 months pre-petition

✓  Affidavit of support

Trustee reserves the right to raise additional objects until all requested documents are timely provided. This deficiency is limited to missing documents only. The Trustee will file a Notice of Deficiency with additional document requested and legal issues raised after the 341 - meeting of creditors. I hereby certify that a true and correct copy of the foregoing was    served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by **NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE P.O. BOX 279806, MIRAMAR, FL 33027**

*DOCUMENTS MUST BE RECEIVED OR FILED AND ISSUES ADDRESSED AT LEAST FOURTEEN DAYS PRIOR TO EACH CONFIRMATION HEARING TO AVOID DISMISSAL*